This cause is due to be affirmed on authority of Ex parteBaldwin v. State, 372 So.2d 32 (Ala. 1979).
We have carefully reviewed the opinion of the Court of Criminal Appeals and the record of the proceedings in this cause, and are convinced that the judgment of the Court of Criminal Appeals is due to be, and is affirmed.
AFFIRMED.
TORBERT, C.J., and BLOODWORTH, MADDOX, FAULKNER, SHORES and EMBRY, JJ., concur.
JONES, J., concurs in the result for the same reason stated in Ex parte Baldwin v. State, 372 So.2d 32 (Ala. 1979).
BEATTY, J., dissents.